**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No:** |
| | ) | **Judge:** |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **FRANK FIREK**<br>**3608 DUKESHIRE HWY.**<br>**ROYAL OAK, MI 48073** | ) | |
| **MYCO ENTERPRISES, INC.**<br>**C/O FRANK FIREK**<br>**3608 DUKESHIRE HWY.**<br>**ROYAL OAK, MI 48073** | ) | |
| **Defendants.** | ) | |

**COMPLAINT**

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendants and states as follows:

## I. JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee of a Promissory Note and Commercial Security Agreement that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection

Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Upon information and belief, Defendant Frank Firek is a resident of Oakland County, Michigan within the territorial jurisdiction of this Court.

4. Upon information and belief, Defendant Myco Enterprises, Inc. is an active Michigan corporation with a registered office located within the territorial jurisdiction of this Court.

## II. FACTS

5. Paragraphs 1-4 of the Complaint are hereby realleged as if fully rewritten herein.

6. On or around June 25, 2018, SBA authorized a loan through Huntington National Bank in the amount of $100,000 to Myco Enterprises, Inc. A true and accurate copy of the SBA Authorization is attached herein as **Exhibit A.**

7. On July 3, 2018, Myco Enterprises, Inc. procured the SBA authorized loan from Huntington National Bank in the amount of $100,000. Myco Enterprises, Inc., through its President, Frank Firek, signed a Promissory Note for the SBA loan. A true and accurate copy of the Promissory Note is attached herein as **Exhibit B.**

8. In conjunction with the execution of the Promissory Note, Myco Enterprises, Inc., through its President, Frank Firek, signed a Commercial Security Agreement to secure the payments due on the SBA loan. A true and accurate copy of the Commercial Security Agreement is attached herein as **Exhibit C.**

9. Frank Firek, in his individual capacity, executed a Commercial Guaranty in which he personally guaranteed the SBA Loan. The Commercial Guaranty provides in relevant part that 'The Guarantor absolutely and unconditionally guarantees the full and punctual payment and satisfaction of the indebtedness of Borrower to Lender, and the performance and discharge of all Borrower's obligations under the Note and Related Documents." A true and accurate copy of the Commercial Guaranty is attached herein as **Exhibit D.**

10. Myco Enterprises, Inc. defaulted on the SBA Loan on October 5, 2020. Following the default, servicing of the Loan was assigned to the SBA. SBA is currently entitled to enforce the Note and in turn entitled to collect the due and owing debt. A true and accurate copy of the Assignment is attached herein as **Exhibit E.**

11. After applying all payments and proceeds received, the current balance due and owing on the SBA Loan totals $168,161.57. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit F.**[1]

## III. COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001, *et seq.*

12. Paragraphs 1-11 of the Complaint are hereby realleged as if fully rewritten herein.

13. Myco Enterprises, Inc. was the recipient of an SBA loan.

---

[1] This litigation only includes the debt identified by the US Department of Treasury reference number "TRFM 14913753"

14. Myco Enterprises, Inc. executed the Promissory Note and Commercial Security Agreement in which it agreed to repay the sum of the advancements made under the SBA Loan.

15. Myco Enterprises, Inc. failed to make the payments due and owing under the SBA Loan which resulted in the acceleration of the full balance due and owing on the loan. *See Promissory Note; see also Commercial Security Agreement.*

16. SBA is entitled to enforce the Promissory Note and Commercial Security Agreement evidencing the due and owing debt under the SBA Loan based on the Assignment of SBA Loan from Huntington National Bank to the SBA.

17. Frank Firek, as the guarantor on the SBA Loan is personally liable to the United States of America for the sum of $168,161.57, plus statutory interest and fees. *See Certificate of Indebtedness.*

18. Demand has been made upon the Defendants for payment of the indebtedness. The Defendants have neglected and refused to pay the same.

19. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

20. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully requests Judgment against Defendants Frank Firek and Myco Enterprises, Inc., jointly and severally, and prays for relief as follows:

a. Damages for the SBA Loan in the amount of $168,161.57 plus statutory pre-judgment interest that continues to accrue on the principal balance only from August 27, 2026 pursuant to 31 U.S.C. §3717
b. Statutory post-judgment interest pursuant to 28 U.S.C. § 1961;
c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);
d. Any additional attorney's fees and costs incurred in this action; and
e. For such other relief as the Court deems just and proper

Date: 8-27, 2026

Respectfully submitted,

By: /s/ Thomas L. Sooy, Esq.
Thomas L. Sooy, Esq. (P80476)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6853
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov
Copies to: efiling@schuergerlaw.com